IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| RORY SHANE DAVIS, SR., <br><br>Plaintiff, <br><br>vs. <br><br>PAUL REES—PHYSICIAN, "JOHN DOE" HEALTHCARE CORPORATION, SPECIAL NEEDS COMMITTEE and CATHY REDFERN, <br><br>Defendants. | CV 18-40-H-DLC-JTJ <br><br><br>ORDER |

United States Magistrate Judge John T. Johnston entered his Order and Findings and Recommendations on January 31, 2019, recommending that the Court grant Defendant Cathy Redfern's motion for summary judgment. (Doc. 19.) Davis failed to timely object to the Findings and Recommendations, and so waived the right to de novo review of the record. 28 U.S.C. § 636(b)(1). This Court reviews for clear error those findings and recommendations to which no party objects. *See Thomas v. Arn*, 474 U.S. 140, 149–53 (1985). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been made." *Wash. Mut., Inc. v. United States*, 856 F.3d 711, 721 (9th Cir. 2017) (citation omitted).

-1-

Having reviewed the Findings and Recommendations (Doc. 19), the Court finds no clear error in Judge Johnston's recommendation that the Court grant Redfern's motion for summary judgment. Redfern was not employed with the Montana Department of Corrections at the time of the events giving rise to this action.

Accordingly, IT IS ORDERED that:

(1) Judge Johnston's Findings and Recommendations (Doc. 19) is ADOPTED IN FULL;

(2) Defendant Cathy Redfern's Motion for Summary Judgment (Doc. 14) is GRANTED; and

(3) Defendant Redfern is DISMISSED as a defendant in this action.

DATED this 22nd day of February, 2019.

Dana L. Christensen, Chief Judge
United States District Court